IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 19-cv-01962-DDD-NRN | Date:  March 29, 2021 |
| Courtroom Deputy:  Stacy Libid | FTR:  Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| ANSA M. VAN ROMBURGH, | Pro se |
|    Plaintiff, | |
| v. | |
| NATIONSTAR MORTGAGE LLC d/b/a Mr. Cooper, | Erin Edwards |
|    Defendant. | |

## COURTROOM MINUTES

**TELEPHONIC MOTION HEARING**

**9:58 a.m.    Court in session.**

Court calls case. Appearance of Pro se Plaintiff and defense counsel.

Discussion regarding Plaintiff's Motion to Deny Defendant's Motion for Summary Judgment for Non-Compliance with the Requirements of Civ.R.56 [Docket No. 90]. The Court will not strike the surreply.

**ORDERED:**  Defendant shall file a response to Plaintiff's Motion to Deny Defendant's Motion for Summary Judgment for Non-Compliance with the Requirements of Civ.R.56 [Docket No. 90], no longer than 5 pages in length, on or before **April 2, 2021.**

This matter is before the Court regarding Nationstar Mortgage LLC d/b/a Mr. Cooper's Motion for Summary Judgment [Docket No. 83].

Argument by Pro se Plaintiff and defense counsel.

**ORDERED:**  Nationstar Mortgage LLC d/b/a Mr. Cooper's Motion for Summary Judgment [Docket No. 83] **TAKEN UNDER ADVISEMENT**. The Court will issue a written order.

**10:49 a.m.   Court in recess.**

Hearing concluded.
Total in-court time:   00:51

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.